**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01551-ZLW

VICTOR LOPEZ,

     Applicant,

v.

TRAVIS TRANI, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     Applicant's motion "To Strike the Statues [sic] . . ." (doc. #47) filed on April 14, 2011, will not be considered and is DENIED because this action was dismissed by order filed on February 9, 2010, and Applicant's appeal from that order was dismissed on December 6, 2010.

Dated:  April 15, 2011