**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01551-ZLW

VICTOR LOPEZ,

      Applicant,

v.

TRAVIS TRANI, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Applicant's Rule 60(b) motion (ECF No. 60) filed on July 5, 2012, is DENIED because the United States Court of Appeals for the Tenth Circuit has determined that none of Applicant's numerous claims state a valid ground for habeas relief.  *See Lopez v. Trani*, 628 F.3d 1228, 1231-32 (10th Cir. 2010).

Dated:  July 11, 2012