# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01551-ZLW

VICTOR LOPEZ,

    Applicant,

v.

TRAVIS TRANI, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's motion for a certificate of appealability (ECF No. 69) and motion for leave to proceed in forma pauperis on appeal (ECF No. 70) are DENIED because the appeal is frivolous and Applicant fails to make a substantial showing of the denial of a constitutional right.

Dated:  August 6, 2012